MICHAEL E. MOSS  63408
DOUGLAS TUCKER  172550
NEAL D. DOUGLASS 227976
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, IBEW LOCAL UNION NO. 100 VACATION FUND, NATIONAL ELECTRICAL BENEFIT FUND, and BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID J. BOYLE an individual; E J BOYLE ELECTRIC SHOP a California partnership, dba BOYLE ELECTRIC<br><br>Defendants | Case No. 1: **04 CV 5548 DLB**<br><br>**ORDER RE] DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)** |

Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND,

LAW OFFICES
Kimble, MacMichael & Upton
A Professional Corporation
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA  93792-9489

1
[Proposed Order Re] Dismissal of Action With Prejudice

JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF THE IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND request the above entitled action be dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure with each party to bear their own fees and costs.

On August 25, 2005, the parties to this dispute participated in an all day settlement conference before the Honorable Lawrence J. O'Neill at which a settlement was reached. The Defendants have performed as required under the terms of the settlement agreement. Under the terms of the settlement agreement each party agreed to bear its own fees and costs. As such, Plaintiffs request this court consent to the requested dismissal with prejudice.

Dated: November 11, 2005

    KIMBLE, MacMICHAEL & UPTON
    A Professional Corporation

By:  /s/ Neal D. Douglas
    NEAL D. DOUGLASS
    Attorneys for Plaintiffs
    BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, IBEW LOCAL UNION NO. 100 VACATION FUND and BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

The Court hereby consents to the above-referenced dismissal and ORDERS this action be dismissed with prejudice with each party to bear their own fees and costs.

Dated: November 14, 2005      /s/ Dennis L. Beck

    United States Magistrate Judge

617821.94.dis1105

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489